1

2

3

4

5

6

7

8      **UNITED STATES DISTRICT COURT**

9      **SOUTHERN DISTRICT OF CALIFORNIA**

10   MIGUEL ASMAR,                              CASE NO. 16cv1079-GPC(MDD)

11                               Plaintiff,     **ORDER GRANTING PLAINTIFF'S**
                                                **MOTION TO PROCEED *IN***
12        v.                                    ***FORMA PAUPERIS***

13   CAROLYN W. COLVIN, Acting                  [Dkt. No. 2.]
     Commissioner of Social Security,
14
                              Defendant.
15

16        On May 3, 2016, Plaintiff Miguel Asmar ("Plaintiff") filed a motion to proceed

17   *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a). (Dkt. No. 2.)  All proceedings

18   filed with the District Court  require a filing fee unless the Court grants IFP status,

19   waiving the fee. Rodriguez v. Cook, 169 F.3d 1176, 1177 (9th Cir. 1999).  Under 28

20   U.S.C. § 1915(a), the Court may waive the filing fee if a party demonstrates an inability

21   to pay by submitting an affidavit reporting all assets of the individual.  28 U.S.C. §

22   1915(a).

23        Here, Plaintiff submitted a declaration reporting that he is not presently

24   employed and has not worked since 2008.  He states that he receives $198.00 per

25   month in Food Stamps and has Medi-Cal coverage.  Plaintiff reported having $8.00 in

26   an account.  He owns a 1997 Ford F250.  He does not have a checking account and

27   does not own any real estate, stocks, bonds, securities or other valuable property.  He

28   lives with his parents, and supports his daughter who is 11 year old.  His family gives

1  his daughter $150 per month.  He does not any other debts or any other assets.

2  In consideration of Plaintiff's application, he has sufficiently demonstrated that

3  he is unable to pay the required filing fee and meets the requirements to proceed IFP.

4  Therefore, the Court **GRANTS** Plaintiff's motion to proceed IFP.

5  IT IS SO ORDERED.

6

7  DATED:  May 19, 2016

8

9  HON. GONZALO P. CURIEL
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[15cv1079-GPC(MDD)]